Richard E. FOSTER, Plaintiff–
Appellant,

v.

CITY OF GREENVILLE FIRE DE-
PARTMENT; Chief W.T. (Tommy)
McDowell, Fire Marshall; L.H. God-
frey, Assistant Fire Marshall; R.A.
Cook; Kenny V. Crosby, Director of
Human Resources, Defendants–Appel-
lees.

No. 02–1617.

United States Court of Appeals,
Fourth Circuit.

Submitted July 25, 2002.

Decided July 31, 2002.

Richard E. Foster, Appellant Pro Se.
Deborah Casey Brown, Gallivan, White &
Boyd, P.A., Greenville, South Carolina, for
Appellees.

Before WILKINS, MOTZ, and
TRAXLER, Circuit Judges.

PER CURIAM.

Richard E. Foster appeals the district
court's order dismissing individual defen-
dants from his employment discrimination
action. We dismiss the appeal for lack of
jurisdiction because the order is not ap-
pealable. This court may exercise juris-
diction only over final orders, 28 U.S.C.
§ 1291 (1994), and certain interlocutory
and collateral orders, 28 U.S.C. § 1292

(1994); Fed.R.Civ.P. 54(b); *Cohen v. Bene-
ficial Indus. Loan Corp.*, 337 U.S. 541, 69
S.Ct. 1221, 93 L.Ed. 1528 (1949). The
order here appealed is neither a final or-
der nor an appealable interlocutory or col-
lateral order.

We dismiss the appeal as interlocutory.
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED.*